MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
TARA A. AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Email: Shelley.Weger@usdoj.gov
Email: Tara.Amin@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA ALDANA ROMO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　Defendants. | CASE NO.  2:25-cv-01187-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

　　　　Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff's counsel does not oppose this request. On April 24, 2025, Plaintiff Vanessa Aldana Romo filed a complaint challenging Defendants' findings that her husband, Israel Munoz Moreno, is permanently inadmissible to the United States, and requests declaratory and injunctive relief. After receiving this complaint, the agencies are reevaluating the inadmissibility findings, and Department of State has requested additional documentation from Mr. Moreno to consider his visa request. The parties anticipate this litigation may be mooted after the Department of State processes the requested additional documentation and completes its review of the visa application. The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 12, 2025. The parties further request that all other filing deadlines be similarly extended.

DATED:  June 18, 2025　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH

|   |   |   |
|---|---|---|
|   |   | Acting United States Attorney |
|   | By: | */s/ Tara A. Amin*<br>TARA A. AMIN<br>Assistant United States Attorney<br>Attorney for the United States |
|   | By: | */s/ Amy Lenhert*<br>AMY LENHERT<br>Attorney for the Vanessa Aldana Romo |

[PROPOSED] ORDER

It is so ordered.

Date: June 23, 2025

_____
HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, romo1187.25